UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                          )
                                                )
Austin, James Michael                           )   CASE NO. 06-10901-HRT
XXX-XX-3628                                     )
                                                )   CHAPTER 7
                                                )
           Debtor(s)                            )

TRUSTEE'S REPORT IN MINIMAL ASSET CASE

      The Trustee, having been duly appointed, reports that he or she received assets of minimal value to the estate; that the Trustee has made diligent inquiry into the whereabouts of property belonging to the estate; and that there are minimal assets in the estate over and above the exemptions claimed by the Debtor for distribution from the estate, and no objection has been filed to those exemptions.

      The Trustee has determined that the nominal funds collected are insufficient to warrant administration as an asset case, and all funds have been returned to the debtor. Bank statements reflecting the return of the funds have been submitted to the United States Trustee for review, and a zero (0.00) balance now appears on the estate bank statement.

      The Trustee further states that any nonexempt real or personal property listed by the Debtor under 11 U.S.C. §521(1) has not been administered, and it has no realizable value.

      The Trustee certifies that the above captioned case has been fully administered and he or she is entitled to be discharged.

      WHEREFORE, the Trustee prays that the Court enter an Order discharging the trustee from office.


December 21, 2007                               /s/ Douglas E. Larson
DATE                                            Douglas E. Larson, TRUSTEE